```
COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

DAVID A. CASIMIR (dacasimir@casimirjones.com)
KIRK J. HOGAN (kjhogan@casimirjones.com)
DAVID A. PAYNE (dapayne@casimirjones.com)
CASIMIR JONES, S.C.
2275 Deming Way, Suite 310
Middleton, Wisconsin 53562
Telephone:     (608) 662-1277
Facsimile:     (608) 662-1276

Attorneys for Plaintiff
HORUS VISION, LLC
```

IT IS SO ORDERED
Judge Edward J. Davila
8/28/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BUSHNELL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  5:13-cv-02020 EJD<br><br>**VOLUNTARY DISMISSAL** |

Plaintiff, Horus Vision, LLC, hereby dismisses its complaint, and each cause of action therein, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk shall close this file.

Dated: August 26, 2013          COOLEY LLP
                                HEIDI L. KEEFE
                                DANIEL J. KNAUSS


                                */s/ Daniel J. Knauss*

                                Attorneys for Plaintiff
                                HORUS VISION, LLC

1123325 v1/HN

1.

**VOLUNTARY DISMISSAL**
**CASE NO. 5:13-CV-02020 EJD**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO